UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03093-RGK-PD Date: August 6, 2026

Title *Silvestre Pedraza Cervantez v. Acting or Current Warden, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order To Show Cause**

On August 3, 2026, Petitioner, who is proceeding pro se, filed a Supplemental Statement that he never received Respondents' Answer to the Petition. No proof of service was filed showing that the Answer was mailed to Petitioner at the Adelanto Detention Facility.

By August 10, 2026, Respondents are ordered to file the proof of service of the Answer or show cause for the failure to serve Petitioner with the Answer.

IT IS SO ORDERED.

cc: Sivestre Pedraza Cervantez
A 200 158 334
Adelanto Detention Facility
10250 Ranch Road
Adelanto, CA 92301